**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:13-cv-04979 |

Unipension Fondsmaeglerselskab A/S et al.,
  Plaintiffs
vs.
Bank of America Corporation et al.,
  Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GOLDMAN, SACHS & CO.

| |
|---|
| NAME (Type or print) |
| ELIZABETH P. PAPEZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Elizabeth P. Papez |
| FIRM |
| WINSTON & STRAWN LLP |
| STREET ADDRESS |
| 1700 K Street, N.W. |
| CITY/STATE/ZIP |
| Washington, DC 20006-3817 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 7483 | (202) 282-5678 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐