

# United States District Court
# Northern District of Illinois

In the Matter of

Unipension Fondsmaeglerselskab A/S, et al

v.

Bank of America Corporation et al

Senior Judge Milton I. Shadur

Case No. 13-CV-4979

Designated Magistrate Judge
Mary M. Rowland

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

   In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Charles R. Norgle, Sr. to be related to 13 CV 3357 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Milton I. Shadur**

Date: Thursday, August 01, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Milton I. Shadur

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, August 01, 2013

District Reassignment - Finding of Relatedness