# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNIPENSION FONDSMÆGLERSELSKAB, et al.,** individually and on behalf of all others similarly situated,<br><br>   **Plaintiffs,**<br><br>  v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>   **Defendants.** | **Civil Action No. 1:13-cv-04979**<br><br>**Hon. Milton I. Shadur** |

## STIPULATION SETTING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

WHEREAS, on May 3, 2013 plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan filed a complaint in Case 1:13-cv-3357 (Shadur, M.) and filed an amended complaint on July 12, 2013 (the "Sheet Metal Workers case") in the Northern District of Illinois;

WHEREAS, on July 11, 2013, plaintiffs Unipension Fondsmæglerselskab, Arkitekternes Pensionskasse, MP Pension-Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger filed a complaint in Case 1:13-cv-4979 (Norgle, C.) and filed an amended complaint on August 2, 2013 (the "Unipension case") in the Northern District of Illinois;

WHEREAS on July 16, 2013, plaintiff Value Recovery Fund LLC filed a complaint in Case 13-cv-4928 (Berman, R.) (the "VRF case") in the Southern District of New York;

WHEREAS on July 29, 2013, plaintiff LBBW Asset Management Investmentgesellschaft GmbH filed a complaint in Case 1:13-cv-5413 (St. Eve, A.) (the "LBBW case") in the Northern District of Illinois;

WHEREAS on July 29, 2013, plaintiff MF Global Capital LLC filed a complaint in Case 1:13-cv-5417 (Kennelly, M.) (the "MF Global case") in the Northern District of Illinois;

WHEREAS on August 1, 2013, the Unipension case and on August 8, 2013, the MF Global and LBBW cases, respectively, were reassigned to the Honorable Milton Shadur, who is now presiding over the Sheet Metal Workers, Unipension, LBBW and MF Global cases;

WHEREAS, a status conference is scheduled for October 16, 2013 in the Sheet Metal Workers case;

WHEREAS on August 1, 2013, plaintiff Essex Regional Retirement System filed a complaint in Case 1:13-cv-5388 in the Southern District of New York, but voluntarily dismissed that case on August 7, 2013, and re-filed it in the Northern District of Illinois on August 12, 2013 (the "Essex Regional case");

WHEREAS, the allegations in the aforementioned lawsuits are substantially similar;

WHEREAS other plaintiffs may file additional complaints in the Northern District of Illinois or elsewhere asserting substantially similar allegations as in the aforementioned lawsuits ("Related Actions"); and

WHEREAS, on July 16, 2013, plaintiff Sheet Metal Workers moved the Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 2476, In re Credit Default Swaps Antitrust Litigation, to consolidate in this Court the foregoing Sheet Metal Workers, Unipension, and VRF cases and any Related Actions, including the MF Global, LBBW, and Essex Regional cases, for purposes of pre-trial proceedings including the filing of a single consolidated complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.     The undersigned counsel accept service of the First Amended Class Action Complaint in the Unipension case ("the Unipension Amended Complaint") for their respective clients

2

named in the Unipension Amended Complaint without waiver of any defenses, including those related to personal jurisdiction and venue.

2.      Defendants' time to answer, move, or otherwise respond to the Unipension Amended Complaint is hereby suspended while JPML proceedings are pending, provided that:

     i.      upon resolution of the JPML consolidation proceedings, the parties shall confer in good faith about a schedule for filing and responding to whatever consolidated complaint is ultimately to be filed in the court determined by the JPML, with the filing to be not less than 45 days following such resolution by the JPML and any ensuing motion to dismiss such consolidated complaint being briefed pursuant to a 60-60-30 day schedule; and

     ii.      if defendants' time to answer, move, or otherwise respond to a complaint in any Related Action or other pending action is not similarly suspended pending the JPML proceedings, the suspension set forth herein shall end and the parties shall meet and confer in good faith concerning the schedule in this action, with defendants preserving all rights to seek from the Court an order suspending any response pending resolution of the JPML proceedings.

Dated: August 26, 2013

/ s / George A. Zelcs

George A. Zelcs
Steven M. Tillery
KOREIN TILLERY LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com
stillery@koreintillery.com

Robert King
KOREIN TILLERY LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625
Tel:  (314) 241-4844
Fax:  (314) 241-3525
rking@koreintillery.com

Daniel A. Small
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
dsmall@cohenmilstein.com
dyoung@cohenmilstein.com

Azra Mehdi
THE MEHDI FIRM, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Tel:  (415) 293-8039
Fax:  (415) 293-8001
azram@themehdifirm.com

Merrill G. Davidoff
Ruthanne Gordon
Michael C. Dell'Angelo
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
rgordon@bm.net

Roberta D. Liebenberg
Jeffrey Istvan
Adam J. Pessin
FINE, KAPLAN & BLACK, R.P.C.
One South Broad Street
Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiffs Unipension
Fondsmæglerselskab, Arkitekternes
Pensionkasse, MP Pension-Pensionkassen for
Magistre & Psykologer, and Pensionkassen for
Jordbrugsakedemikere & Dyrlæger*

/ s / Robert F. Wise
Robert F. Wise
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington A venue
New York, NY 10017
Telephone: 212-450-4000
Facsimile: 212-701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com

***Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.***

/ s / Todd Fishman
Nathan P. Eimer
Susan M. Razzano
Alexis G. Chardon
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600
Facsimile: 312-692-1718
neimer@eimerstahl.com
srazzano@eimerstahl.com
achardon@eimerstahl.com

Todd Fishman
Michael Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnson@allenovery.com

***Attorneys for Defendant Barclays Bank plc***

/ s / David C. Esseks
Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
Telephone: 312-324-8400
cwilson@perkinscoie.com

David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street NW
9th Floor, East Tower
Washington, D.C. 20005
Telephone: 202-683-3800
john.terzaken@allenovery.com
molly.kelley@allenovery.com

***Attorneys for Defendant BNP Paribas***

/ s / David F. Graham
David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7596
Facsimile: 312-853-7036
dgraham@sidley.com

***Attorneys for Defendants Citigroup, Inc.,
Citibank, N.A., and Citigroup Global
Markets Inc.***

/ s / J. Robert Robertson
J. Robert Robertson
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

***Attorneys for Defendant Credit Suisse AG***


/ s / Paula W. Render
David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

Eric P. Stephens
JONES DAY
222 East 41st Street
New York. NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
epstephens@jonesday.com

***Attorneys for Defendant Deutsche Bank AG***

/ s / Robert Y. Sperling
Robert Y. Sperling
Thomas Kirsch II
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558~5600
Facsimile: 312-558-5700
rsperling@winston.com
tkirsch@winston.eom

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
epapez@winston.com

Richard C. Pepperman
Andrew D. Pietro
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pietroda@sullcrom.com

***Attorneys for Defendant Goldman, Sachs & Co.***


/ s / Andrew S. Marovitz
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

***Attorneys for Defendants HSBC Bank plc and HSBC Bank USA, N.A.***

/ s / Brian D. Roche

Brian D. Roche
REED SMITH LLP
10 South Wacker Drive - 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
broche@reedsmith.com

Matthew J. Reilly *(pro hac vice)*
Abram J. Ellis *(pro hac vice)*
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
Telephone: 202-636-5500
Facsimile: 202-636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

***Attorneys for Defendant International
Swaps and Derivatives Association***

/ s / Patrick Fitzgerald

Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0508
Facsimile: 312-407-0711
patrick.fitzgerald@skadden.com

Peter E. Greene (*pro hac vice*)
Peter S. Julian (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
peter.greene@skadden.com
peter.julian@skadden.com

***Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.***

10

/ s / Colin R. Kass
Colin Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

Steven R. Gilford
Michael F. Derksen
PROSKAUER ROSE LLP
70 W. Madison
Suite 3800
Chicago, IL 60602
Telephone: 312-962-3550
Facsimile: 312-962-3551
sgilford@proskauer.com
mderksen@proskauer.com

**Attorneys for Defendant Markit Group Ltd.**

/ s / Daniel Slifkin
Daniel Slifkin
Michael A. Paskin
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700
DSlifkin@cravath.com
MPaskin@cravath.com

***Attorneys for Defendant Morgan
Stanley & Co., LLC***

/ s / Stephanie D. Jones
Stephanie D. Jones
FIGLIULO & SILVERMAN, P.C.
10 S. La Salle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-251-4600
Facsimile: 312-251-4610
sjones@fslegal.com

Charles F. Rule (of counsel)
Joseph Bial
Amy W. Ray (of counsel)
CADWALADER WICKERSHAM & TAFT
LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: 202-862-2200
Facsimile: 202-862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

***Attorneys for Defendants Royal Bank of
Scotland plc and Royal Bank of Scotland N.V.***

/ s / David C. Bohan
David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
david.bohen@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Telephone: 212-940-8800
Facsimile: 212-940-8776
james.calder@kattenlaw.com

**Attorneys for Defendants UBS AG
and UBS Securities LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 26, 2013, I electronically filed the foregoing **Stipulation Setting Time for Defendants to Answer, Move, or Otherwise Respond to the Amended Complaint** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date, and that I caused the foregoing to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

By: /s/ George A. Zelcs
GEORGE A. ZELCS