## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNIPENSION FONDSMAEGLERSELSKAB A/S; ARKITEKTERNES PENSIONSKASSE; MP PENSION – PENSIONSKASSEN FOR MAGISTRE & PYSKOLOGER; AND PENSIONSKASSEN FOR JORDBRUGSAKADEMIKERE & DYRLAEGER, individually and on behalf of all others similarly situated | ) ) ) ) ) ) ) ) ) | Case No. 13-cv-04979<br><br>Judge Milton I. Shadur |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, BNP PARIBAS S.A., CITIBANK, N.A., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC HOLDINGS PLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, JPMORGAN CHASE & CO., MARKIT GROUP LTD., MORGAN STANLEY BANK, N.A., THE ROYAL BANK OF SCOTLAND GROUP PLC, AND UBS AG, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## DEFENDANT MARKIT GROUP LTD.'S
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 & LOCAL RULE 3.2

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Defendant Markit Group Ltd. ("Markit Group") hereby states that it is a limited liability corporation and the following entities indirectly own more than 5% of the corporation:

- JPMorgan Chase & Co.
- Bank of America Corporation

- Deutsche Bank AG

- The Goldman Sachs Group, Inc.

Dated:  August 29, 2013

*/s/ Michael F. Derksen*

**PROSKAUER ROSE LLP**
Steven R. Gilford (ARDC # 3121730)
Michael F. Derksen (ARDC # 6296212)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois  60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Counsel for Markit Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 29th day of August, 2013.

*/s/ Michael F. Derksen*

Michael F. Derksen