FILED
AUG 27 2013 YM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE CREDIT DEFAULT SWAPS
ANTITRUST LITIGATION

MDL Docket No. 2476

## PLAINTIFF ESSEX REGIONAL RETIREMENT SYSTEM'S JOINDER TO MOTION OF PLAINTIFF SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN FOR TRANSFER AND CENTRALIZATION IN THE NORTHERN DISTRICT OF ILLINOIS

Pursuant to 28 U.S.C. §1407, Plaintiff Essex Regional Retirement System ("Essex") moves to join Plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan's ("Sheet Metal Workers") motion to transfer and consolidate in the United States District Court for the Northern District of Illinois all related actions alleging antitrust violations in the market for Credit Default Swaps ("CDS") as set forth in the Schedule of Related Actions filed herewith ("Credit Default Swaps Actions" or "Related Actions"), as well as any tag-along actions or other cases that may be subsequently filed asserting related claims.

### I. Background

On August 12, 2013, Essex filed an antitrust class action complaint in the United States District Court for the Northern District of Illinois alleging violations of the Sherman Act in the market for CDS. *Essex Reg'l Ret. Sys. v. Bank of America Corp.*, 1:13-cv-05725 (N.D. Ill.).[1] To date, six class action complaints have been filed alleging the same or related claims. Five of these lawsuits are pending in the Northern District of Illinois. One is pending in the Southern

---

[1] Essex originally filed the case in the United States District Court for the Southern District of New York, but soon thereafter filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a), which the court granted.

District of New York. *See* Schedule of Related Actions attached hereto as Exhibit A. Of the five cases filed in the Northern District of Illinois, four are proceeding before the Honorable Milton I. Shadur. Essex has filed a motion to reassign its related case to Judge Shadur.

On July 16, 2013, Sheet Metal Workers filed a Motion and Memorandum in Support before the Judicial Panel on Multidistrict Litigation ("the Panel") to transfer and consolidate for pretrial purposes all of the Credit Default Swap Actions in one district court pursuant to 28 U.S.C. § 1407. (Doc. No. 1). Essex agrees with Sheet Metal Workers that transfer of all related actions to a single forum for consolidation or coordinated pretrial proceedings will further the convenience of the parties and witnesses, will promote efficiency and judicial economy, and will eliminate the possibility of conflicting pretrial rulings. These cases present many common questions of fact and substantially identical legal theories, a sufficient basis to satisfy the transfer requirements of § 1407.

## II. The Northern District of Illinois is an Appropriate Forum for the Credit Default Swaps Actions

Essex joins in Sheet Metal Workers' Motion for Transfer and Centralization in the Northern District of Illinois. The Northern District of Illinois is an appropriate forum for pretrial proceedings because:

- The first-filed and most procedurally-advanced action is pending in the Northern District of Illinois;

- Five of the six related actions are pending in the Northern District of Illinois;

- Relevant documents and witnesses will be found in the Northern District of Illinois;

- The Northern District of Illinois is convenient for the geographically dispersed parties; and

- The Northern District of Illinois, and in particular Judge Shadur, has significant experience managing multidistrict litigation.

For these reasons, and all of the reasons stated in the above-referenced Motion and Memorandum in support thereof filed by Plaintiff Sheet Metal Workers, Essex respectfully requests that the Panel transfer and consolidate the related Credit Default Swaps Actions to the Northern District of Illinois.

DATED: August 23, 2013

Respectfully Submitted,

**LABATON SUCHAROW LLP**
LAWRENCE A. SUCHAROW
GREGORY S. ASCIOLLA
JAY L. HIMES
ROBIN A. VAN DER MEULEN
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
lsucharow@labaton.com
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com

*Counsel for Plaintiff and the Proposed Class*

**LOWEY DANNENBERG COHEN & HART, P.C.**
VINCENT BRIGANTI
White Plains Plaza, One North Broadway
White Plains, NY, 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035
VBriganti@lowey.com

*Of Counsel*

# EXHIBIT A

## SCHEDULE OF RELATED ACTIONS

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL No. 2476 In re Credit Default Swaps Antitrust Litigation

| Case | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Sheet Metal Workers Local No. 33 Cleveland Dist. Pension Plan v. Bank of Am. Corp. et al.,* | N.D. Illinois | 1:13-cv-03357 | Hon. Milton I. Shadur |
| *Unipension Fondsmaeglerselskab A/S et al. v. Bank of Am. Corp. et al.* | N.D. Illinois | 1:13-cv-04979 | Hon. Milton I. Shadur |
| *Value Recovery Fund LLC v. JPMorgan Chase & Co. et al.* | S.D.N.Y. | 1:13-cv-04928 | Hon. Denise Cote |
| *MF Global Capital LLC v. Bank of Am. Corp. et al.* | N.D. Illinois | 1:13-cv-05417 | Hon. Milton I. Shadur |
| *LBBW Asset Mgmt. Investmentgeshellschaft mbH v. Citibank, N.A. et al.* | N.D. Illinois | 1:13-cv-05413 | Hon. Milton I. Shadur |
| *Essex Reg'l Ret. Sys. v. Bank of Am. Corp. et al.* | N.D. Illinois | 1:13-cv-05725 | Hon. Richard M. Dow, Jr. |

1

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE CREDIT DEFAULT SWAPS
ANTITRUST LITIGATION

MDL Docket No. 2476

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of Plaintiff Essex Regional Retirement System's Joinder to Motion of Plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan For Transfer And Centralization in the Northern District of Illinois and this Proof of Service were served on all parties who have appeared electronically via ECF on August 23, 2013, and on all parties on the Service List via first class U.S. mail on August 23, 2013.

Dated: August 23, 2013

By: /s/Gregory S. Asciolla
Gregory S. Asciolla
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
gasciolla@labaton.com

*Counsel for Plaintiff and the Proposed Class*

## SERVICE LIST

| | |
|---|---|
| **HSBC Holdings PLC**<br>8 Canada Square<br>London<br>United Kingdom E14 5HQ | **Royal Bank of Scotland Group PLC**<br>36 St Andrew Square, Edinburgh<br>United Kingdom, EH2 2YB |
| **Credit Suisse Group AG**<br>Paradeplatz 8<br>Zurich, Switzerland 8070 | **BNP Paribas, S.A.**<br>16 Blvd. des Italien<br>Paris, France 75009 |

| | |
|---|---|
| Clerk of Court<br>United States District Court for the<br>Southern District of New York<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007<br><br>Case No.13-CV-4928 (S.D.N.Y.). | Clerk of Court<br>United States District Court for the<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br><br>Case Nos.<br>1:13-cv-03357 (N.D. Ill.);<br>1:13-cv-04979 (N.D. Ill.);<br>1:13-cv-05417 (N.D. Ill.);<br>1:13-cv-05413 (N.D. Ill.); and<br>1:13-cv-05725 (N.D. Ill.) |