# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. ___2476___ & TITLE - IN RE: ___Credit Default Swaps Antitrust Litigation___

**FILED**

AUG 27 2013 YM

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c)*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff Essex Regional Retirement System

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Essex Regional Retirement System v. Bank Of America Corp., et al., No. 13-cv-5725 (N.D. Ill.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

August 23, 2013       /s/ Gregory S. Asciolla

_____      _____
Date            Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Gregory S. Asciolla, Labaton Sucharow LLP, 140 Broadway, New York, NY 10005

Telephone No.: (212) 907-0700       Fax No.: (212) 818-0477

Email Address: gasciolla@labaton.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
| --- | --- |
| **IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION** | : : : : : |

**MDL Docket No. 2476**

### PROOF OF SERVICE

In compliance with Rule 4.l(a) of the Rules of Procedure of the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Appearance for

Gregory S. Asciolla was served on all parties who have appeared electronically via ECF on

August 23, 2013, and on the following parties via first class U.S. mail on August 23, 2013:

Dated: August 23, 2013

By: /s/Gregory S. Asciolla
Gregory S. Asciolla
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
gasciolla@labaton.com

*Counsel for Plaintiff and the*
*Proposed Class*

## SERVICE LIST

| | |
|---|---|
| **HSBC Holdings PLC**<br>8 Canada Square<br>London<br>United Kingdom E14 5HQ | **Royal Bank of Scotland Group PLC**<br>36 St Andrew Square, Edinburgh<br>United Kingdom, EH2 2YB |
| **Credit Suisse Group AG**<br>Paradeplatz 8<br>Zurich, Switzerland 8070 | **BNP Paribas, S.A.**<br>16 Blvd. des Italien<br>Paris, France 75009 |

| | |
|---|---|
| Clerk of Court<br>United States District Court for the<br>Southern District of New York<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007<br><br>Case No.13-CV-4928 (S.D.N.Y.). | Clerk of Court<br>United States District Court for the<br>Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br><br>Case Nos.<br>1:13-cv-03357 (N.D. Ill.); and<br>1:13-cv-04979 (N.D. Ill.). |