# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2476 & TITLE - IN RE: Credit Default Swaps Antitrust Litigation

**FILED** AUG 30 2013 THOMAS G. BRUTON CLERK U.S. DISTRICT

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff Essex Regional Retirement System

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Essex Regional Retirement System v. Bank Of America Corp., et al., No. 13-cv-5725 (N.D. Ill.)

****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| August 23, 2013 | /s/ Gregory S. Asciolla |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Gregory S. Asciolla, Labaton Sucharow LLP, 140 Broadway, New York, NY 10005

Telephone No.: (212) 907-0700    Fax No.: (212) 818-0477

Email Address: gasciolla@labaton.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | : <br> :    MDL Docket No. 2476 <br> : <br> : |

## AMENDED PROOF OF SERVICE FOR DOCUMENTS 96, 97, and 98

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Appearance (Docket No. 96), Corporate Disclosure Statement (Docket No. 97) and Joinder to Motion of Plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan For Transfer and Centralization in the Northern District of Illinois (Docket No. 98) for Plaintiff Essex Regional Retirement System were served on all parties who have appeared electronically via ECF on August 23, 2013, and mailed by U.S. First Class mail on this 26th day of August, 2013 to the parties listed on the Service List below.

Dated: August 26, 2013

By: /s/Gregory S. Asciolla
Gregory S. Asciolla
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
gasciolla@labaton.com

*Counsel for Plaintiff and the Proposed Class*

## SERVICE LIST

**HSBC Holdings plc**
8 Canada Square
London
United Kingdom E14 5HQ

**Credit Suisse Group AG**
Paradeplatz 8
Zurich, Switzerland 8070

**Bank of America Corporation**
100 North Tryon St., 18th Floor
Charlotte, NC 28255

**CitiBank, N.A.**
399 Park Avenue
New York, NY 10043

**Goldman Sachs Group, Inc.**
200 West Street
New York, NY 10282

**HSBC Bank plc**
8 Canada Square
London
United Kingdom E14 5HQ

**International Swaps and Derivatives Association**
360 Madison Avenue
16th Floor
New York, NY 10017

**Markit Group Ltd**
4th floor
Ropemaker Place
London
EC2Y 9LY United Kingdom

**Royal Bank of Scotland Group plc**
36 St. Andrew Square, Edinburgh
United Kingdom, EH2 2YB

**BNP Paribas, S.A.**
16 Blvd. des Italien
Paris, France 75009

**Barclays Bank plc**
2 Churchill Place
London ENG E14 5 HP
United Kingdom

**Citigroup, Inc**
399 Park Avenue
New York, NY 10043

**Goldman, Sachs & Co.**
200 West Street
New York, NY 10282

**International Swaps and Derivatives Association**
1101 Pennsylvania Avenue
Suite 600
Washington, DC 20004

**JPMorgan Chase & Co.**
270 Park Avenue
New York, NY 10017

**Morgan Stanley & Co., LLC**
1585 Broadway
New York, NY 10036

**UBS AG**
Badenerstrasse 678
Zurich
Switzerland 8048

Clerk of Court
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Case No.13-CV-4928 (S.D.N.Y.).

Clerk of Court
United States District Court for the
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Case Nos.
1:13-cv-03357 (N.D. Ill.);
1:13-cv-04979 (N.D. Ill.);
1:13-cv-05417 (N.D. Ill.);
1:13-cv-05413 (N.D. Ill.); and
1:13-cv-05725 (N.D. Ill.)