**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Unipension Fondsmaeglerselskab A/S, et al.
                                Plaintiff,

v.                                                 Case No.: 1:13–cv–04979
                                                               Honorable Charles R. Norgle, Sr

Bank of America Corporation, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 16,2013:

      MINUTE entry before Honorable Milton I. Shadur: Motions for leave to appear pro hac vice [28], [29], [32], [33] and [34] are granted. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.