# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Unipension Fondsmaeglerselskab A/S, et al.

                              Plaintiff,

v.                                            Case No.: 1:13−cv−04979
                                                    Honorable Milton I. Shadur

Bank of America Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2013:

      MINUTE entry before Honorable Milton I. Shadur: By agreement of the parties, status hearing set for 10/16/2013 is stricken and reset to 11/15/2013 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.