

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton, Clerk**

**OFFICE OF THE CLERK**
(312) 435-5691

October 22, 2013

New York Southern District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

RE: Unipension Fondsmaeglerselskab A/S et al v. Bank of America Corporation et al
MDL No. 2476
USDC Case No. 13-cv-04979

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/16/2013.

- The above record was electronically transmitted to Southern District of New York.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

/s/ Travis Grammer
Deputy Clerk